UC GIVEN TO CC

FILED

JUL 30 1992

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 1991 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>RAFAEL CARO-QUINTERO,<br>     aka "Rafael",<br>     aka "Rafa",<br>ERNESTO FONSECA-CARRILLO,<br>     aka "Don Neto",<br>MIGUEL ANGEL FELIX-GALLARDO,<br>MANUEL IBARRA-HERRERA,<br>MIGUEL ALDANA-IBARRA,<br>RUBEN ZUNO-ARCE,<br>JAVIER BARBA-HERNANDEZ,<br>ARMANDO PAVON-REYES,<br>JUAN GILBERTO HERNANDEZ-PARRA,<br>SERGIO ESPINO-VERDIN,<br>HUMBERTO ALVAREZ-MACHAIN,<br>ANTONIO VASQUEZ-VELASCO,<br>ANTONIO VASQUEZ-OCHOA,<br>EZEQUIEL GODINEZ-CERVANTES,<br>INES CALDERON-QUINTERO,<br>     aka "Rolando Cervantes",<br>ALBINO BAZAN-PADILLA,<br><br>     Defendants. | No. CR 87-422(G)-ER<br><br>SEVENTH SUPERSEDING<br>INDICTMENT<br><br>[18 U.S.C. § 1959(a)(1):<br>Violent Crimes in Aid of<br>Racketeering;<br>18 U.S.C. § 1959(a)(5):<br>Conspiracy to Commit Violent<br>Crimes in Aid of Racketeering;<br>18 U.S.C. § 1201(c):<br>Conspiracy to Kidnap a Federal<br>Agent; 18 U.S.C. § 1201(a)(5):<br>Kidnapping of a Federal Agent;<br>18 U.S.C. §§ 1111, 1114:<br>Felony Murder of a Federal<br>Agent;  18 U.S.C. § 2:  Aiding<br>and Abetting;  18 U.S.C. § 3:<br>Accessory After the Fact] |

ENTER ON ICMS

AUG   7 1992



JLC:jlc

The Grand Jury charges:

<u>General Allegations</u>

1.    At all times referred to in this Seventh Superseding Indictment, defendant RAFAEL CARO-QUINTERO, aka "Rafael", aka "Rafa", ERNESTO FONSECA-CARRILLO, aka "Don Neto", MIGUEL ANGEL FELIX-GALLARDO, MANUEL IBARRA-HERRERA, MIGUEL ALDANA-IBARRA, RUBEN ZUNO-ARCE, JAVIER BARBA-HERNANDEZ, ARMANDO PAVON-REYES, JUAN GILBERTO HERNANDEZ-PARRA, SERGIO ESPINO-VERDIN, HUMBERTO ALVAREZ-MACHAIN, ANTONIO VASQUEZ-VELASCO, ANTONIO VASQUEZ-OCHOA, EZEQUIEL GODINEZ-CERVANTES, INES CALDERON-QUINTERO, aka "Rolando Cervantes", ALBINO BAZAN-PADILLA, and unindicted co-conspirators Juan Ramon Matta-Ballesteros, Rene Martin Verdugo-Urquidez, Raul Lopez-Alvarez, Juan Jose Bernabe-Ramirez, Javier Vasquez-Velasco and Jesus Felix-Guiterrez, were members of an international narcotics enterprise based in Guadalajara, Jalisco, Mexico (hereinafter referred to as the "Guadalajara Narcotics Cartel").

2.    At all times referred to in this Seventh Superseding Indictment, the Guadalajara Narcotics Cartel engaged in racketeering activity, including, but not limited to, the cultivation, importation and distribution of multi-ton quantities of marijuana in Mexico, the Central District of California, and elsewhere.

3.    At all times referred to in this Seventh Superseding Indictment, the Guadalajara Narcotics cartel also engaged in the importation and distribution of multi-kilogram quantities of cocaine in Mexico, Colombia, Costa Rica, the Central District of California, and elsewhere.

4.   At all times referred to in this Seventh Superseding Indictment, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, MIGUEL ANGEL FELIX-GALLARDO and co-conspirator Juan Ramon Matta-Ballesteros supervised and managed the Guadalajara Narcotics Cartel, and co-conspirator Rene Martin Verdugo-Urquidez was a high level lieutenant of defendant RAFAEL CARO-QUINTERO in said enterprise.

5.   At all times referred to in this Seventh Superseding Indictment, defendants RUBEN ZUNO-ARCE, HUMBERTO ALVAREZ-MACHAIN, ANTONIO VASQUEZ-VELASCO, ANTONIO VASQUEZ-OCHOA and EZEQUIEL GODINEZ-CERVANTES and co-conspirators Juan Jose Bernabe-Ramirez and Javier Vasquez-Velasco assisted, aided and abetted the Guadalajara Narcotics Cartel.

6.   At all times referred to in this Seventh Superseding Indictment, Enrique Camarena-Salazar was a Special Agent employed by the Drug Enforcement Administration (hereinafter "DEA") and assigned to the DEA office in Guadalajara, Jalisco, Mexico.

7.   At all times referred to in this Seventh Superseding Indictment, Special Agent Enrique Camarena-Salazar was responsible for investigating the Guadalajara Narcotics Cartel.

8.   At all times referred to in this Seventh Superseding Indictment, Alfredo Zavala-Avelar was a pilot who assisted the DEA and Special Agent Enrique Camarena-Salazar in locating marijuana fields in Mexico.

9.   At all times referred to in this Seventh Superseding Indictment, John Walker was a United States citizen temporarily residing in Guadalajara, Jalisco, Mexico.

-3-

10.   At all times referred to in this Seventh Superseding Indictment, Alberto Radelat was a United States permanent resident alien temporarily residing in Guadalajara, Jalisco, Mexico.

11.   At all times referred to in this Seventh Superseding Indictment, defendant MANUEL IBARRA-HERRERA was the Director of the Mexican Federal Judicial Police.

12.   At all times referred to in this Seventh Superseding Indictment, defendant MIGUEL ALDANA-IBARRA was the Director of Interpol in Mexico.

13.   At all times referred to in this Seventh Superseding Indictment, defendant ARMANDO PAVON-RYES was a Comandante with the Mexican Federal Judicial Police and assigned by the Mexican government to head the investigation into the kidnapping and murder of Special Agent Enrique Camarena-Salazar.

14.   At all times referred to in this Seventh Superseding Indictment, defendant SERGIO ESPINO-VERDIN, a Comandante with the Directorate of Federal Security in Mexico, worked for the Guadalajara Narcotics Cartel.

15.   At all times referred to in this Seventh Superseding Indictment, co-conspirator Raul Lopez-Alvarez, a State Judicial Police Officer assigned to the homicide investigation squad in Guadalajara, worked for the Guadalajara Narcotics Cartel.

16.   At all times referred to in this Seventh Superseding Indictment, defendant JUAN GILBERTO HERNANDEZ-PARRA, an agent with the Mexican Federal Judicial Police assigned to Guadalajara, Jalisco, Mexico, worked for the Guadalajara Narcotics Cartel.

-4-

17.   Commencing in 1984, members of the Guadalajara Narcotics Cartel engaged in a series of actions the purpose and intent of which was to retaliate against the DEA, its agents and informants, in Mexico, and to learn the nature and extent of the DEA's knowledge of the membership and operations of the cartel. Such actions included, but were not limited to, the following:

a.   On or about September 30, 1984, a confidential informant working for the DEA was shot in Guadalajara, Jalisco, Mexico, by members of the Guadalajara Narcotics Cartel.

b.   On or about October 10, 1984, in Guadalajara, Jalisco, Mexico, members of the Guadalajara Narcotics Cartel machine-gunned a DEA automobile assigned to a DEA agent.

c.   On or about January 30, 1985, John Walker and Alberto Radelat were murdered by members of the Guadalajara Narcotics Cartel.

d.   On or about February 7, 1985, Special Agent Enrique Camarena-Salazar and Alberto Zavala-Avelar were kidnapped by members of the Guadalajara Narcotics Cartel.

e.   On or about February 7, 1985, Special Agent Enrique Camarena-Salazar was taken to defendant RAFAEL CARO-QUINTERO'S residence at 881 Lope de Vega in Guadalajara, Jalisco, Mexico.

f.   Between on or about February 7, 1985, and February 9, 1985, Special Agent Enrique Camarena-Salazar and Alfredo Zavala-Avelar were tortured, interrogated and murdered.

18.   On or about February 7, 1985, co-conspirator Juan Jose
Bernabe-Ramirez and other named defendants and co-conspirators,
were present at 881 Lope de Vega in Guadalajara, Jalisco, Mexico.

19.   On or about February 9, 1985, defendant RAFAEL CARO-
QUINTERO and co-conspirator Rene Martin Verdugo-Urquidez fled
Guadalajara, Jalisco, Mexico.

20.   On or about March 5, 1985, the bodies of Special Agent
Enrique Camarena-Salazar and Alfredo Zavala-Avelar were found
together in Zamora, Michoacan, Mexico.

21.   On or about March 17, 1985, defendant RAFAEL CARO-
QUINTERO fled Mexico to Costa Rica.

22.   On or about June 17, 1985, the bodies of John Walker
and Alberto Radelat were found together in Guadalajara, Jalisco,
Mexico.

## COUNT ONE

### [18 U.S.C. §§ 1959(a)(1), 2]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

On or about January 30, 1985, in Guadalajara, Jalisco, Mexico, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, JAVIER BARBA-HERNANDEZ, JUAN GILBERTO HERNANDEZ-PARRA, ANTONIO VASQUEZ-VELASCO, ANTONIO VASQUEZ-OCHOA, EZEQUIEL GODINEZ-CERVANTES and co-conspirator Javier Vasquez-Velasco, and others known and unknown to the Grand Jury, did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the murder of John Walker, which offense was committed for the purpose of maintaining and increasing the positions of the aforesaid defendants in an enterprise that engaged in racketeering activity, to wit:  individuals associated for the purpose of trafficking in marijuana and cocaine, whose activities affected interstate and foreign commerce.  The racketeering activity included, but is not limited to, the following substantive narcotics offenses:

1.    From in or about November, 1983, through in or about June, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to distribute multi-ton quantities of marijuana which were being cultivated in marijuana fields in Zacatecas, Mexico.

2.    In or about June, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed

-7-

with intent to distribute approximately ten (10) tons of harvested marijuana in Zacatecas, Mexico.

3.    In or about April, 1984, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, in the Central District of California and elsewhere, possessed with intent to distribute approximately two (2) tons of marijuana.

4.    In or about April, 1984, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, in the Central District of California and elsewhere, possessed with intent to distribute approximately two (2) tons of marijuana.

5.    In or about November, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to distribute approximately 10,000 tons of marijuana which were being cultivated in marijuana fields in Chihuahua, Mexico.

6.    On or about February 5, 1985, con-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, possessed two (2) tons of marijuana with intent to distribute.

## COUNT TWO

### [18 U.S.C. §§ 1959(a)(1), 2]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

On or about January 30, 1985, in Guadalajara, Jalisco, Mexico, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, JAVIER BARBA-HERNANDEZ, JUAN GILBERTO HERNANDEZ-PARRA, ANTONIO VASQUEZ-VELASCO, ANTONIO VASQUEZ-OCHOA, EZEQUIEL GODINEZ-CERVANTES and co-conspirator Javier Vasquez-Velasco and others known and unknown to the Grand Jury, did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the murder of Alberto Radelat, which offense was committed for the purpose of maintaining and increasing the positions of the aforesaid defendants in an enterprise that engaged in racketeering activity, to wit:  individuals associated for the purpose of trafficking in marijuana and cocaine, whose activities affected interstate and foreign commerce.  The racketeering activity included, but is not limited to, the following substantive narcotics offenses:

1.    From in or about November, 1983, through in or about June, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to distribute multi-ton quantities of marijuana which were being cultivated in marijuana fields in Zacatecas, Mexico.

2.    In or about June, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed

-9-

with intent to distribute approximately ten (10) tons of harvested marijuana in Zacatecas, Mexico.

3.   In or about April, 1984, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, in the Central District of California and elsewhere, possessed with intent to distribute approximately two (2) tons of marijuana.

4.   In or about April, 1984, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, in the Central District of California and elsewhere, possessed with intent to distribute approximately two (2) tons of marijuana.

5.   In or about November, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to distribute approximately 10,000 tons of marijuana which were being cultivated in marijuana fields in Chihuahua, Mexico.

6.   On or about February 5, 1985, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, possessed two (2) tons of marijuana with intent to distribute.

COUNT THREE

[18 U.S.C. §§ 1959(a)(5), 2]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

A.    <u>Objects of the Conspiracy</u>

Beginning on a date unknown and continuing to on or about February 9, 1985, within Guadalajara, Jalisco, Mexico, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, MIGUEL ANGEL FELIX GALLARDO, MANUEL IBARRA-HERRERA, MIGUEL ALDANA-IBARRA, RUBEN ZUNO-ARCE, JAVIER BARBA-HERNANDEZ, ARMANDO PAVON-REYES, JUAN GILBERTO HERNANDEZ-PARRA, SERGIO ESPINO-VERDIN, HUMBERTO ALVAREZ-MACHAIN, and co-conspirators Juan Ramon Matta-Ballesteros, Rene Martin Verdugo-Urquidez, Juan Jose Bernabe-Ramirez, Raul Lopez-Alvarez, and others known and unknown to the Grand Jury, unlawfully and knowingly combined, conspired, confederated and agreed to commit an offense against the United States, namely:

>    To knowingly and intentionally kidnap,
>    torture, interrogate and murder Special Agent
>    Enrique Camarena-Salazar, in violation of
>    Title 18, United States Code, Section
>    1959(a)(5).

B.    <u>Means of the Conspiracy</u>

>    1.    Defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-
>          CARRILLO, MIGUEL ANGEL FELIX-GALLARDO, MANUEL IBARRA-
>          HERRERA, MIGUEL ALDANA-IBARRA, RUBEN ZUNO-ARCE, JAVIER

-11-

BARBA-HERNANDEZ, JUAN GILBERTO HERNANDEZ-PARRA, ARMANDO PAVON-REYES, co-conspirator Juan Ramon Matta-Ballesteros, and others both known and unknown, organized and put into operation a scheme to kidnap and murder Enrique Camarena-Salazar, a Special Agent with the United States Drug Enforcement Administration.

2. Defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, SERGIO ESPINO-VERDIN and HUMBERTO ALVAREZ-MACHAIN, and co-conspirators Rene Martin Verdugo-Urquidez, Juan Jose Bernabe-Ramirez and Raul Lopez-Alvarez, and other members of the Guadalajara Narcotics Cartel, caused Special Agent Enrique Camarena-Salazar to be kidnapped, held against his will, tortured, interrogated and murdered.

C.   Overt Acts

The following overt acts, among others, were committed by the defendants and by their co-conspirators in furtherance of the foregoing conspiracy in Guadalajara, Jalisco, Mexico:

1.   In or about October, 1984, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, MANUEL IBARRA-HERRERA, MIGUEL ALDANA-IBARRA, RUBEN ZUNO-ARCE, JAVIER BARBA-HERNANDEZ, ARMANDO PAVON-REYES, co-conspirator Juan Ramon Matta-Ballesteros, and others, met at a residence of defendant JAVIER BARBA-HERNANDEZ

-12-

in Guadalajara, Jalisco, Mexico, and
discussed the kidnapping of Special Agent
Enrique Camarena-Salazar.

2.  In or about December, 1984, defendants
RAFAEL CARO-QUINTERO, ERNESTO FONSECA-
CARRILLO, JAVIER BARBA-HERNANDEZ, and others,
met at a residence of defendant ERNESTO
FONSECA-CARRILLO in Guadalajara, Jalisco,
Mexico, and had a discussion concerning
Special Agent Enrique Camarena-Salazar.

3.  In or about December, 1984, defendant JUAN
GILBERTO HERNANDEZ-PARRA, an agent with the
Mexican Federal Judicial Police, was present
at this meeting at the residence of defendant
ERNESTO FONSECA-CARRILLO in Guadalajara,
Jalisco, Mexico.

4.  In or about the first week of February, 1985,
defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-
CARRILLO, RUBEN ZUNO-ARCE and JAVIER BARBA-HERNANDEZ
met at a residence of defendant JAVIER BARBA-HERNANDEZ
in Guadalajara, Jalisco, Mexico, and discussed the
kidnapping and interrogation of Special Agent Enrique
Camarena-Salazar.

5.  On or about February 7, 1985, Special Agent
Enrique Camarena-Salazar was abducted by
members of the Guadalajara Narcotics Cartel.

-13-

6.   From on or about February 7, 1985, to
     February 9, 1985, defendant RAFAEL CARO-
     QUINTERO, and others, interrogated Special
     Agent Enrique Camarena-Salazar at 881 Lope de
     Vega in Guadalajara, Jalisco, Mexico.

7.   From on or about February 7, 1985, to
     February 9, 1985, defendant SERGIO ESPINO-
     VERDIN, a Comandante with the Directorate of
     Federal Security, and others, interrogated
     Special Agent Enrique Camarena-Salazar at 881
     Lope de Vega in Guadalajara, Jalisco, Mexico.

8.   On or about February 8, 1985, defendant
     ERNESTO FONSECA-CARRILLO was present at 881
     Lope de Vega in Guadalajara, Jalisco, Mexico.

9.   On or about February 8, 1985, co-conspirator
     Juan Jose Bernabe-Ramirez was present at 881
     Lope de Vega in Guadalajara, Jalisco, Mexico.

10.  On or about February 8, 1985, defendant
     HUMBERTO ALVAREZ-MACHAIN was present at 881
     Lope de Vega, Guadalajara, Jalisco, Mexico.

11.  On or about February 8, 1985, co-conspirator
     Raul Lopez-Alvarez, a State Judicial Police
     Officer, was present at 881 Lope de Vega in
     Guadalajara, Jalisco, Mexico.

12.  On or about February 8, 1985, co-conspirator
     Rene Martin Verdugo-Urquidez was present at

-14-

881 Lope de Vega in Guadalajara, Jalisco, Mexico.

13.   On or about February 10, 1985, defendant MIGUEL ANGEL FELIX-GALLARDO possessed at his residence in Guadalajara, Jalisco, Mexico, a photograph of Special Agent Enrique Camarena-Salazar.

## COUNT FOUR

### [18 U.S.C. §§ 1959(a)(1), 2]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

On or about February 7, 1985, in Guadalajara, Jalisco, Mexico, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, MIGUEL ANGEL FELIX-GALLARDO, MANUEL IBARRA-HERRERA, MIGUEL ALDANA-IBARRA, RUBEN ZUNO-ARCE, JAVIER BARBA-HERNANDEZ, ARMANDO PAVON-REYES, JUAN GILBERTO HERNANDEZ-PARRA, SERGIO ESPINO-VERDIN, HUMBERTO ALVAREZ-MACHAIN, and co-conspirators Juan Ramon Matta-Ballesteros, Rene Martin Verdugo-Urquidez, Juan Jose Bernabe-Ramirez, Raul Lopez-Alvarez, and others known and unknown to the Grand Jury, did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the kidnapping and murder of Special Agent Enrique Camarena-Salazar, which offenses were committed for the purpose of maintaining and increasing the positions of the aforesaid defendants in an enterprise that engaged in racketeering activity, to wit: individuals associated for the purpose of trafficking in marijuana and cocaine, whose activities affected interstate and foreign commerce. The racketeering activity included, but is not limited to, the following substantive narcotics offenses:

1. From in or about November, 1983, through in or about June, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to

-16-

distribute multi-ton quantities of marijuana which were being cultivated in marijuana fields in Zacatecas, Mexico.

2.   In or about June, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to distribute approximately ten (10) tons of harvested marijuana in Zacatecas, Mexico.

3.   In or about April, 1984, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, in the Central District of California and elsewhere, possessed with intent to distribute approximately two (2) tons of marijuana.

4.   In or about April, 1984, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, in the Central District of California and elsewhere, possessed with intent to distribute approximately two (2) tons of marijuana.

5.   In or about November, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to distribute approximately 10,000 tons of marijuana which were being cultivated in marijuana fields in Chihuahua, Mexico.

6.   On or about February 5, 1985, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, possessed two (2) tons of marijuana with intent to distribute.

-17-

## COUNT FIVE

### [18 U.S.C. §§ 1959(a)(1), 2]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

On or about February 7, 1985, in Guadalajara, Jalisco, Mexico, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, SERGIO ESPINO-VERDIN, and co-conspirators Rene Martin Verdugo-Urquidez, Juan Jose Bernabe-Ramirez, Raul Lopez-Alvarez, and others known and unknown to the Grand Jury, did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the kidnapping and murder of Alfredo Zavala-Avelar, which offenses were committed for the purpose of maintaining and increasing the positions of the aforesaid defendants in an enterprise that engaged in racketeering activity, to wit:  individuals associated for the purpose of trafficking in marijuana and cocaine, whose activities affected interstate and foreign commerce.  The racketeering activity included, but is not limited to, the following substantive narcotics offenses:

1.   From in or about November, 1983, through in or about June, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to distribute multi-ton quantities of marijuana which were being cultivated in marijuana fields in Zacatecas, Mexico.

2.   In or about June, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed

-18-

with intent to distribute approximately ten (10) tons of harvested marijuana in Zacatecas, Mexico.

3.    In or about April, 1984, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, in the Central District of California and elsewhere, possessed with intent to distribute approximately two (2) tons of marijuana.

4.    In or about April, 1984, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics cartel, in the Central District of California and elsewhere, possessed with intent to distribute approximately two (2) tons of marijuana.

5.    In or about November, 1984, defendant RAFAEL CARO-QUINTERO, and other members of the Guadalajara Narcotics Cartel, possessed with intent to distribute approximately 10,000 tons of marijuana which were being cultivated in marijuana fields in Chihuahua, Mexico.

6.    On or about February 5, 1985, co-conspirator Rene Martin Verdugo-Urquidez, and other members of the Guadalajara Narcotics Cartel, possessed two (2) tons of marijuana with intent to distribute.

COUNT SIX

[18 U.S.C. § 1201(c)]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

A.   **Objects of the Conspiracy**

Beginning on a date unknown and continuing to on or about February 9, 1985, within Guadalajara, Jalisco, Mexico, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, MIGUEL ANGEL FELIX-GALLARDO, MANUEL IBARRA-HERRERA, MIGUEL ALDANA-IBARRA, RUBEN ZUNO-ARCE, JAVIER BARBA-HERNANDEZ, ARMANDO PAVON-REYES, JUAN GILBERTO HERNANDEZ-PARA, SERGIO ESPINO-VERDIN, HUMBERTO ALVAREZ-MACHAIN, and co-conspirators Juan Ramon Matta-Ballesteros, Rene Martin Verdugo-Urquidez, Juan Jose Bernabe-Ramirez, Raul Lopez-Alvarez, and others known and unknown to the Grand Jury, unlawfully and knowingly combined, conspired, confederated and agreed to commit an offense against the United States, namely:

> To knowingly and intentionally kidnap and hold for the purpose of interrogation, a Special Agent of the United States Drug Enforcement Administration, on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 1201(a)(5) and 1201(c).

B.   **Means of the Conspiracy**

-20-

The foregoing objects of the conspiracy were accomplished as follows:

1. Defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, MIGUEL ANGEL FELIX-GALLARDO, MANUEL IBARRA-HERRERA, MIGUEL ALDANA-IBARRA, RUBEN ZUNO-ARCE, JAVIER BARBA-HERNANDEZ, JUAN GILBERTO HERNANDEZ-PARRA, ARMANDO PAVON-REYES, co-conspirator Juan Ramon Matta-Ballesteros, and other members of the Guadalajara Narcotics Cartel, developed a scheme and plan to kidnap torture and interrogate Enrique Camarena-Salazar, a Special Agent with the United States Drug Enforcement Administration.

2. Defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, SERGIO ESPINO-VERDIN, HUMBERTO ALVAREZ-MACHAIN, and co-conspirators Rene Martin Verdugo-Urquidez, Juan Jose Bernabe-Ramirez and Raul Lopez-Alvarez and other members of the Guadalajara Narcotics Cartel, caused Special Agent Enrique Camarena-Salazar to be held against his will at 881 Lope de Vega in Guadalajara, Jalisco, Mexico.

C. **Overt Acts**

-21-

The following overt acts, among others, were committed by
the defendants and by their co-conspirators in furtherance of the
foregoing conspiracy in Guadalajara, Jalisco, Mexico:

1.  In or about October, 1984, in a meeting at a
    residence of defendant JAVIER BARBA-
    HERNANDEZ, in Guadalajara, Jalisco, Mexico,
    defendants RAFAEL CARO-QUINTERO, ERNESTO
    FONSECA-CARRILLO, MANUEL IBARRA-HERRERA,
    MIGUEL ALDANA-IBARRA, RUBEN ZUNO-ARCE, JAVIER
    BARBA-HERNANDEZ, ARMANDO PAVON-REYES, co-
    conspirator Juan Ramon Matta-Ballesteros, and
    others, discussed the kidnapping of Special
    Agent Enrique Camarena-Salazar.

2.  In or about December, 1984, in a meeting at
    the residence of defendant ERNESTO FONSECA-
    CARRILLO in Guadalajara, Jalisco, Mexico,
    defendants RAFAEL CARO-QUINTERO, ERNESTO
    FONSECA-CARRILLO, JAVIER BARBA-HERNANDEZ, and
    others, had a discussion concerning Special
    Agent Enrique Camarena-Salazar.

3.  In or about December, 1984, defendant JUAN
    GILBERTO HERNANDEZ-PARRA, an agent with the
    Mexican Federal Judicial Police, was present
    at this meeting at defendant ERNESTO FONSECA-
    CARRILLO's residence in Guadalajara, Jalisco,
    Mexico.

-22-

4.    In or about the first week of February, 1985,
defendants RAFAEL CARO-QUINTERO, ERNESTO
FONSECA-CARRILLO, RUBEN ZUNO-ARCE and JAVIER
BARBA-HERNANDEZ met at a residence of
defendant JAVIER BARBA-HERNANDEZ in
Guadalajara, Jalisco, Mexico, and discussed
the kidnapping and interrogation of Special
Agent Enrique Camarena-Salazar.

5.    On or about February 7, 1985, members of the
Guadalajara Narcotics Cartel abducted Special
Agent Enrique Camarena-Salazar.

6.    Between on or about February 7, 1985, and
February 9, 1985, defendant RAFAEL CARO-
QUINTERO, and others, interrogated Special
Agent Enrique Camarena-Salazar.

7.    Between on or about February 7, 1985, and
February 9, 1985, defendant SERGIO ESPINO-
VERDIN, a Comandante with the Directorate of
Federal Security, and others, interrogated
Special Agent Enrique Camarena-Salazar.

8.    On or about February 8, 1985, defendant
ERNESTO FONSECA-CARRILLO went to 881 Lope de
Vega in Guadalajara, Jalisco, Mexico.

9.    On or about February 8, 1985, co-conspirator
Juan Jose Bernabe-Ramirez went to 881 Lope de
Vega in Guadalajara, Jalisco, Mexico.

-23-

10. On or about February 8, 1985, defendant
    HUMBERTO ALVAREZ-MACHAIN went to 881 Lope de
    Vega in Guadalajara, Jalisco, Mexico.

11. On or about February 8, 1985, co-conspirator
    Rene Martin Verdugo-Urquidez went to 881 Lope
    de Vega in Guadalajara, Jalisco, Mexico.

12. On or about February 8, 1985, co-conspirator
    Raul Lopez-Alvarez, a State Judicial Police
    Officer, went to 881 Lope de Vega in
    Guadalajara, Jalisco, Mexico.

13. On or about February 10, 1985, defendant
    MIGUEL ANGEL FELIX-GALLARDO possessed at his
    residence in Guadalajara, Jalisco, Mexico, a
    photograph of Special Agent Enrique Camarena-
    Salazar.

### COUNT SEVEN

### [18 U.S.C. §§ 1201(a)(5), 2]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

Beginning on a date unknown and continuing to on or about February 9, 1985, in Guadalajara, Jalisco, Mexico, defendants RAFAEL CARO-QUINTERO, ERNESTO FONSECA-CARRILLO, MIGUEL ANGEL FELIX-GALLARDO, MANUEL IBARRA-HERRERA, RUBEN ZUNO-ARCE, JAVIER BARBA-HERNANDEZ, ARMANDO PAVON-REYES, JUAN GILBERTO HERNANDEZ-PARRA, SERGIO ESPINO-VERDIN, HUMBERTO ALVAREZ-MACHAIN, and co-conspirators Juan Ramon Matta-Ballesteros, Rene Martin Verdugo-Urquidez, Juan Jose Bernabe-Ramirez, Raul Lopez-Alvarez, and others known and unknown to the Grand Jury, did aid, abet, counsel, induce, procure, cause and otherwise willfully participate in the abduction and holding for the purpose of interrogation of Enrique Camarena-Salazar, a Special Agent with the Drug Enforcement Administration, such acts having been done while Special Agent Enrique Camarena-Salazar was engaged in, and on account of, the performance of his official duties, in violation of Title 18, United States Code, Sections 1201(a)(5) and 2.

## COUNT EIGHT

[18 U.S.C. §§ 1111(a), 1114, 2]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

On or about February 9, 1985, in Guadalajara, Jalisco, Mexico, Enrique Camarena-Salazar, an officer and employee of the Drug Enforcement Administration, was murdered on account of the performance of his official duties as a Special Agent of the Drug Enforcement Administration, said murder having taken place in and during the course of the perpetration of his kidnapping. Defendants RAFAEL CARO-QUINTERO, ERNESTO-FONSECA-CARRILLO, SERGIO ESPINO-VERDIN, HUMBERTO ALVAREZ-MACHAIN, and co-conspirators Juan Ramon Matta-Ballesteros, Rene Martin Verdugo-Urquidez, Juan Jose Bernabe-Ramirez, Raul Lopez-Alvarez, and others known and unknown to the Grand Jury, willfully perpetrated the kidnapping and holding for interrogation of Enrique Camarena-Salazar, on account of the performance of his official duties as a Special Agent of the Drug Enforcement Administration, by aiding, abetting, counseling, inducing, procuring, causing and otherwise willfully participating in said kidnapping, in violation of Title 18, United States Code, Sections 1111, 1114, and 2.

COUNT NINE

[18 U.S.C. § 3]

The general allegations of this Seventh Superseding
Indictment are realleged in this count and incorporated herein by
reference.

On or about February 9, 1985, in Guadalajara, Jalisco,
Mexico, defendants MANUEL IBARRA-HERRERA and ARMANDO PAVON-REYES,
and co-conspirators Juan Jose Bernabe-Ramirez and Raul Lopez-
Alvarez, knowing that defendant RAFAEL CARO-QUINTERO aided,
abetted, counseled, induced, procured, caused and otherwise
willfully participated in the kidnapping and murder of Enrique
Camarena-Salazar and Alfred Zavala-Avelar, in violation by
defendant RAFAEL CARO-QUINTERO of Title 18, United States Code,
Sections 1111, 1114, 1201(a)(5), 1959 and 2, did knowingly and
willfully receive, comfort and assist defendant RAFAEL CARO-
QUINTERO in order to hinder and prevent his apprehension, trial
and punishment, in violation by defendants MANUEL IBARRA-HERRERA
and ARMANDO PAVON-REYES and co-conspirators Juan Jose Bernabe-
Ramirez and Raul Lopez-Alvarez, of Title 18, United States Code,
Section 3.

## COUNT TEN

### [18 U.S.C. § 3]

The general allegations of this Seventh Superseding Indictment are realleged in this count and incorporated herein by reference.

From in or about February, 1985, through April 4, 1985, in Mexico, Costa Rica and elsewhere, defendants INES CALDERON-QUINTERO and ALBINO BAZAN-PADILLA, knowing that defendant RAFAEL CARO-QUINTERO aided, abetted, counseled, induced, procured, caused and otherwise willfully participated in the kidnapping and murder of Special Agent Enrique Camarena-Salazar and Alfred Zavala-Avelar in violation by RAFAEL CARO-QUINTERO of Title 18, United States Code, Sections 1111, 1114, 1201(a)(5), 1959 and 2, did knowingly and willfully receive, comfort and assist defendant RAFAEL CARO-QUINTERO in order to hinder and prevent his apprehension, trial and punishment, in violation by defendants INES CALDERON-QUINTERO and ALBINO BAZAN-PADILLA, of Title 18,

-28-

United States Code, Section 3.

A TRUE BILL

Rasa Jones

Foreperson

LOURDES G. BAIRD
United States Attorney

ROBERT L. BROSIO
Assistant United States Attorney
Chief, Criminal Division

THOMAS H. BIENERT, Jr.
Assistant United States Attorney
Chief, Criminal Complaints