AO 442 (Rev. 12/85) Warrant for Arrest

58PC-8521-8354-6

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

FID#: 37376

UNITED STATES OF AMERICA
V.

RAFAEL CARO-QUINTERO, et al

**WARRANT FOR ARREST**

CASE NUMBER: CR87-422(A)-ER

To: The United States Marshal
and any Authorized United States Officer

59840-051

YOU ARE HEREBY COMMANDED to arrest __Ricardo Chavez-Sanchez__
                                          Name
                                   Material Witness

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Material Witness

in violation of Title __18__ United States Code, Section(s) __3144__

Leonard A. Bresnan
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

March 17, 1988, Los Angeles, CA
Date and Location

Bail fixed at $ __Detention__  1/13/2011  by  EDWARD RAFEEDIE, U.S. DISTRICT
                                                Name of Judicial Officer   JUDGE

ARRESTED ON: DISTRICT OF NM
WITHIN THE USMS
BY:

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CR - 12 (11/86)