# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

RAFAEL CARO-QUINTERO

**WARRANT FOR ARREST**

CASE NUMBER: CR87-422.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RAFAEL CARO-QUINTERO__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Violent Crimes in Aid of Racketeering; Aiding and Abetting; Accessory After the Fact; Murder of Federal Agent; Kidnapping of Federal Agent;

in violation of Title __18__ United States Code, Section(s) __1952B; 2(a); 3;1114;1201;__

Leonard A. Bresnan
Name of Issuing Officer

/s/ Leonard A. Bresnan
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

May 13, 1987, Los Angeles, California.
Date and Location

Bail fixed at $ __DETENTION__ by __VENETTA S. TASSOPULOS, U.S.MAGISTRATE.__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

FILED ON
JAN 8 1988

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CR - 12 (11/86)