# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| RAFAEL CARO-QUINTERO AKA RAFAEL AKA RAFA | CASE NUMBER: CR87-422-(F)-ER |

**To:** The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest RAFAEL CARO-QUINTERO aka's Rafael and Rafa

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

**charging him or her with** (brief description of offense)
Violent Crimes in Aid of Racketeering; Conspiracy to Commit Violent Crimes in Aid of Racketeering; Conspiracy to Kidnap a Federal Agent; Kidnapping of a Federal Agent; Felony Murder of a Federal Agent; Aiding and Abetting; Accessory After the Fact

in violation of Title 18 United States Code, Section(s) 1959(a)(1),1959(a)(5),1201(c), 1201(a)(5),1111,1114,2 & 3.

| Leonard A. Bresnan | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Leonard A. Bresnan | 7/30/92, Los Angeles |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ DETENTION  by MAGISTRATE GROH
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | 8/3/92 |

CR - 12 (11/86)