Record of Grand Jurors
concurring

# United States District Court

## FOR THE
### CENTRAL DISTRICT OF CALIFORNIA

MAY 13   2 57 PM '87   FILED

UNITED STATES OF AMERICA

v.

RAFAEL CARO-QUINTERO,
INES CALDERON-QUINTERO,
ARMANDO PAVON-REYES,

NO. CR 87-422

I, the undersigned, foreperson of the grand jury of this court at the June 1986 term begun and held at Los Angeles on the 13th day May , 19 87, in pursuance of Rule 6(c) of the Federal Rules of Criminal Procedure, do herewith file with the clerk of the court a record of the number of grand jurors concurring in the finding of the indictment in the above case, this record not to be made public except on order of the court, to wit:

_____17_____ grand jurors concurring.

Cheryl Sherman
Foreperson

ENTERED ON C0
JAN 8 1988

(3)