```
 1  ROBERT C. BONNER
    United States Attorney
 2  ROBERT L. BROSIO
    Assistant United States Attorney
 3  Chief, Criminal Division
    ROEL C. CAMPOS
 4  Assistant United States Attorney
    Major Narcotics Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-6682
 7
    Attorneys for Plaintiff
 8  United States of America
```

FILED

JAN 6  10 22 AM '88

[U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE, | MISC. NO. CR-87 422 |
| SEALING INDICTMENT | O R D E R |

IT IS HEREBY ORDERED that the indictment against Rafael Caro-Quintero, Ines Calderon Quintero, and Armando Pavon-Reyes, CR 87-422, be unsealed.  This order will be effective on January 6, 1988.

_____
UNITED STATES MAGISTRATE

ENTERED ON CC
JAN 8 1988

RCC:bzb