UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO

Case No. CR 87-422(F)-ER

DEFENDANTS' EXHIBIT LIST

FILED JUL 27 1990

| Exh # | Date | Witness | In Evid | Description |
|---|---|---|---|---|
| A | 5/18 | Retamoza | X | 5 pg. letter dated 5/15/90 from Charles S. Saphos. |
| B | 5/23 | Radelat | X | Handwritten sheets prepared by Felipe Radelat. |
| C | 5/24 | Cervantes-Santos | X | Schedule of Payments. |
| F | 7/11 | Reynoso | X | July 1989 Individual Cooperating Agreement for Javier Vasquez-Velasco. |
| K | 6/20 | Malone | X | Photo of Lope de Vega; Panorama shot. |
| L | 6/20 | Malone | X | FBI Report. |
| O | 6/26 | Vasquez Zaragoza; Zaragoza Juares | X | La Quinta Photo. |
| P | 6/26 | Castillo | X | Cable prepared by Castillo on November 15, 1985 to DEA Headquarters, Wash., D.C. |
| R | 6/26 | Phillips | X | Photos of Matta 4/5/85. |
| AA ~~AA-1~~ | 7/5 | Kuykendahl/Ramirez | X | Alarma magazine dated 4/25/85. |
| AA-1 ~~AA-2~~ | 6/26 | Kuykendahl/Ramirez | X | Translation of Exhibit AA |
| BB ~~BB-1~~ | 7/5 | Kuykendahl/Ramirez | X | Alarma magazine dated 5/1/85. |
| BB-1 ~~BB-2~~ | 6/26 | Kuykendall/Ramirez | X | Translation of Exhibit BB |
| OO | 6/28 | Stipulation | X | 2 pieces of white paper (INS doc.) Bernabe-Ramirez. |

ENTERED ON COURTRAN

1

| Exh # | Date | Witness | In Evid | Description |
|---|---|---|---|---|
| PP | 6/28 | Stipulation | X | 3 plastic cards (Mexican Social Security). Bernabe-Ramirez. |
| QQ | 6/28 | Stipulation | X | Mexican Passport; Bernabe-Ramirez. |
| RR | 6/28 | Stipulation | X | Small white pieces of paper (index cards of Bernice Liliana Mora de Dios). |
| AAA | 7/6 | Self-authenticating | X | Sales Contract Lope de Vega (Tract 1). |
| BBB | 7/6 | Self-authenticating | X | Sales Contract Lope de Vega (Tract 2). |
| DDD | 7/6 | Self-authenticating | X | Portion of Cervantes-Santos personnel file, Department of Public Security, State of Jalisco (redacted) 2-pg. copy. |
| NNN | 7/6 | Self-authenticating | X | Telefonos de Mexico - Certificate of Non-existence; Certificate of Interpreter (Maria Dolorez Martin). |
| QQQ | 7/11 | Self-authenticating | X | Death Certificate for Jorge Barba Hernandez. |
| TTT-1 | 6/28 | Perle | X | Print outs of denial wave form. |
| TTT-2 | 6/28 | Perle | X | Print outs of denial wave form. |
| TTT-3 | 6/28 | Perle | X | Print outs of denial wave form. |
| TTT-4 | 6/28 | Perle | X | Print outs of denial wave form. |
| TTT-5 | 6/28 | Perle | X | Print outs of denial wave form. |

| Exh # | Date | Witness | In Evid | Description |
|---|---|---|---|---|
| TTT-6 | 6/28 | Perle | X | Audio tape. |
| TTT-7 | 6/28 | Orozco | X | English translation of denial tape of Norman Pearl. |
| VVV | 6/29 | Orozco | X | Defense translation 7/25/89 - undercover meeting in car. |
| AAAA | 6/29 | Orozco | X | Tapes - transcript comparison. |
| BBBB | 6/29 | Perle | X | Tapes - Copy of Microcassettes - Michael Kuhlman. |
| DDDD | 7/3 | Mullen | X | Journal tape of all transactions at El Torito Restaurant for the Date 7/25/89. |
| DDDD-1 | 7/3 | Alvarez | X | Summary of all transactions of waitress Alvarez for 7/25/89. |
| DDDD-2 | 7/3 | Alvarez | X | Summary of all draft domestic and import beer sales for waitress Alvarez on 7/25/89. |
| DDDD-3 | 7/3 | Alvarez | X | Photos from "El Torito" (bar area). |
| DDDD-4 | 7/3 | Alvarez | X | Photos from "El Torito" (bar area). |
| DDDD-5 | 7/3 | Alvarez | X | Photos from "El Torito" (bar area). |
| FFFF | 7/5 | Berrellez | X | Individual Cooperating Agreement for Hector Cervantes-Santos. |
| FFFF-1 | 7/10 | Bernabe | X | Declaration of Interpreter - Lita van Duzer, translation. Bernabe's resignation from state police. |
| GGGG | 7/10 | Bernabe-Ramirez | X | Identification Card for Bernabe while employed at Servicoposa. |

3

| Exh # | Date | Witness | In Evid | Description |
|---|---|---|---|---|
| HHHH | 7/10 | Barnabe-Ramirez | X | Letter of assignment from Rocha - Declaration of Court Interpreter (Lita van Duzer), regarding translation. |
| KKKK | 7/10 | Bernabe-Ramirez | X | Identification Card for Vista Hotels where Bernabe worked. |
| JJJJ *[handwritten: JJJJ-1]* | 7/5 | Bernabe-Ramirez *(translation)* | X | Prospectus of security business that Commandante Castel solicited Bernabe to be general manager. |
| LLLL | 7/10 | Bernabe-Ramirez | X | Identification Card of Bernabe-Ramirez as Head of Security for Vista Hotels. |
| MMMM | 7/6 | Stipulation | X | Photo taken in Mexico City Airport of Matta and wife. |
| OOOO | 7/10 | Kato | X | Cassette tape-disclaimer (Maria Stone). |
| PPPP | 7/10 | Garcia | X | Cassette Tape. |
| QQQQ | 7/10 | Garcia | X | Translation of Tape 0062907 EQ2 by Irma Garcia, federal court interpreter. |
| KKKKK | 7/6 | Stipulation | X | Matta Photo from DEA Headquarters File |
| LLLLL | 7/6 | Stipulation | X | Photocopy of photograph of Matta. |

EMM_D010.EMM