FILED

AUG 1 7 1990

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )       No. CR 87-422-ER
                                )
                 Plaintiff,     )
                                )       ORDER RENUMBERING COUNTS
v.                              )       4 THROUGH 9 OF THE SIXTH
                                )       SUPERSEDING INDICTMENT
RAFAEL CARO-QUINTERO, et al.    )
                                )
                 Defendants.    )
_____ )

ENTERED ON COMPUTRAN

       On March, 30, 1990, upon motion of defendant Zuno which was

joined by defendants Bernabe and Matta, the Court dismissed count

3 of the sixth superseding indictment.   IT IS HEREBY ORDERED that

the remaining counts of the sixth superseding indictment be

renumbered as follows.   Count 4 shall be renumbered as count 3.

Count 5 shall be renumbered as count 4.   Count 6 shall be

renumbered is at count 5.   Count 7 shall be renumbered as count 6.

Count 8 shall be renumbered as count 7.   Count 9 shall be

renumbered as count 8.

AUG          1990    AUG 2  1990

1    IT IS SO ORDERED.

2    It is further Ordered that the Clerk of the Court shall serve,

3 by United States mail, copies of this Order on counsel for the

4 parties in this matter.

5    Dated:  August  17, 1990

6

7                              EDWARD RAFEEDIE
                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                2