1  LOURDES G. BAIRD
   United States Attorney
2  ROBERT L. BROSIO
   Assistant United States Attorneys
3  KEVIN P. CONNOLLY
   WILLIAM H. KENETY
4  Narcotic and Dangerous Drug Section
        Criminal Divisions
5       1400 New York Avenue, N.W
        Room 4128
6       Washington, D.C. 20530
        Telephone:  (202) 514-0923
7
   Attorneys for Plaintiff
8  United States of America

9                UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,    )      NO. CR 87-422(F1-ER
                                 )
12         Plaintiff,            )      PROPOSED ORDER RE MOTION
                                 )      FOR RETURN OF TRIAL
13         v.                    )      EXHIBITS
                                 )
14  CAROL-QUINTERO, et. al.      )
                                 )
15         Defendants.           )
                                 )
16  _____)

17      This matter appearing before the Court of Government's Motion

18  For Return of Trial Exhibits.

19      It Is Hereby Ordered that the Clerk of Court shall return to

20  the Custody of the Drug Enforcement Administration Government

21  Exhibits 20-30,65,168A,168B, and 159, entered into evidence in the

22  /

23  /

24  /

25  /

26  /

27  KPN:6537D

28

OCT 5  1990

prosecution of <u>United States v. Carol Quintero</u>, CR 87-422(F)ER.

   DATED:   September 27, 1990.

_____
United States District Judge

Presented by:

_____
KEVIN P. CONNOLLY
Trial Attorney
Department of Justice

_____
WILLIAM H. KENETY
Trial Attorney
Department of Justice

- 2 -

## CERTIFICATE OF SERVICE BY MAIL

I, _____ TERRI RUBALCABA _____, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on _September 27, 1990_, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of   PROPOSED ORDER RE MOTION FOR RETURN OF TRIAL EXHIBITS

addressed to

   SEE ATTACHMENT

at ___their___ last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on _September 27, 1990_ at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

USA-12c-240

UNITED STATES v. RAFAEL CARO-QUINTERO, et at.
No. CR 87-422(F)-ER

GREGORY NICOLAYSEN
8530 Wilshire Boulevard
Suite 404
Beverly Hills, California 90211


ED MEDVENE
11377 West Olympic Boulevard
Los Angeles, California 90064


MARY KELLY
827 Moraga Drive
Bel Air, California 90049


LePARC HOTEL
733 N. West Knoll Drive
West Hollywood, California 90069
Attn:  MARTIN STOLAR


MICHAEL MEZA
17050 Bushard Street
Suite 200
Fountain Valley, California 92708