# LIST OF EXHIBITS AND WITNESSES

| Case No. | CR 87-422(B)-ER | Judge | Edward Rafeedie |
|---|---|---|---|
| Title | USA vs. Rafael Caro-Quintero | | |
| Dates of Trial | 7/27/88, 7/28, 7/29, 8/2, 8/3, 8/4, 8/5, 8/9, 8/10, 8/11, 8/12, 8/23, 8/24, 8/25, 8/26, 8/30, 8/31, 9/1, 9/12 - 9/20 | | |
| Court Reporters | Velma Thomas | | |
| Deputy Clerk | Judy Matthews 9/28/88 | | |

| Attorneys for Plf-Libelnt | Attorneys for Dft-Respdt |
|---|---|
| Jimmy Gurule, AUSA | Michael Pancer, Retd. |
| Joel Campo, AUSA | Juanita Brooks, Retd. |
| | Elsa Leyva, SFPD |
| | Wanda Perrera, SFPD |
| | Donald Randolph, Retd |
| | Barry Tarlow, Retd |

FILED SEP 28 1988 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

ENTERED ON COURTRAN OCT 14 1988

| Plf-Libelnt Ex. No. | Id. | ev. | Dft-Respdt Ex. No. | Id. | ev. | EXHIBITS | DEPUTY | WITNESSES | Called by |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AUG 2 - 1988 | AUG 2 - 1988 | AUG 2 - 1988 | |
| | | | | | | | | Kuykendall (resumes stand) | Dft |
| | | | A | 8/2 | | Handwritten note (in spanish) | | | Verdugo |
| | | | | | | AUG 3 - 1988 | AUG 3 - 1988 | AUG 3 - 1988 | |
| | | | | | | | | SA Tony Ellega (resumes stand) | |
| | | | | | | | | Kuykendall (resumes stand) | Dft |
| | | | | | | AUG 5 - 1988 | AUG 5 - 1988 | AUG 5 - 1988 | |
| 109 A | 8/5 | 9/15 | | | | Photograph of Microscopic Analysis | | (506) | |
| 109 B | 8/5 | 9/15 | | | | " of Technician in lab | | | |
| | | | | | | AUG 9 - 1988 | AUG 9 - 1988 | AUG 9 - 1988 | |
| | | | | | | | | SA Malone (resumes stand) | Dft |
| | | | | | | AUG 10 1988 | AUG 10 1988 | AUG 10 1988 | |
| | | | | | | | | SA Leyva (resumes stand) | Dft |
| | | | B | 8/10 | 8/23 | Confirmation dtd 2/7/85 fra Hyatt Regency | | | |

CR 75 (12/76)

## LIST OF EXHIBITS AND WITNESSES
### Continued

Case No. CR 87-422(B) ER   Title USA -v- Rafael Caro-Quintero, et al.

| Plf-Libelnt | | | Dft-Respdt | | | EXHIBITS | WITNESSES | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | id. | ev. | Ex. No. | id. | ev. | | | |
| | | | AUG 11 1988 | | | AUG 11 1988 | AUG 11 1988   AUG 11 1988 | |
| | | | | | | | SA Leyva (resumes stand) | Pltf |
| | | | C | 8/11 | | 3 pg agreement of Jorge Gomez-Espana dtd 4/86 | | |
| | | | AUG 12 1988 | | | AUG 12 1988 | AUG 12 1988   AUG 12 1988 | |
| | | | | | | | David Dieter (resumes stand) | Pltf |
| | | | AUG 23 1988 | | | AUG 23 1988 | AUG 23 1988   AUG 23 1988 | |
| | | | | | | | William Messer | Pltf |
| | | | | | | | Stein | Pltf |
| 219 | 8/23 | 8/23 | | | | | | |
| 220 | 8/23 | 8/23 | | | | Guns from La Quinta | | |
| 221 | 8/23 | 8/23 | | | | w/ DEA agent | | |
| 222 | 8/23 | 8/23 | | | | | | |
| | | | D | 8/23 | 8/23 | Series of Business Cards | | |
| 172a | 8/23 | 8/23 | | | | Blow up of exhit 172 | | |
| 173b | 8/23 | 8/23 | | | | Blow up of exhit 173 | | |
| | | | AUG 24 1988 | | | AUG 24 1988 | AUG 24 1988   AUG 24 1988 | |
| | | | E | 8/23 | 8/23 | letter dtd 8/16/88 fm B. Tarlow to witness | | |
| 224 | 8/23 | 8/23 | | | | Ledgers | | |
| 225 | 8/23 | 8/23 | | | | Ledger | | |
| 226 | 8/23 | 8/23 | | | | Ledger | | |
| | | | AUG 25 1988 | | | AUG 25 1988 | AUG 25 1988   AUG 25 1988 | |
| | | | F | 8/25 | 8/25 | Copy of 1985 Calendar (IPT) | | Gutierrez |
| | | | G | 8/25 | 8/25 | Line-up Photo | | Gutierrez |
| | | | | | | | Mario Chacon | Pltf |

CR76 (12/76)

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: 35a-B, 36a-C, 37, 38, 39, 40, 41, 42, 43, 44, 87a-Gp.

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| | |
|---|---|
| 5 August 88 | _[signature]_ |
| DATE | SIGNATURE |
| #2876 | DEA / US DOJ |
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY |
| | TELEPHONE# |

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: 219, 220, 221 & 222

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| | |
|---|---|
| 8-23-88 | _[signature]_ DW. Kuell |
| DATE | SIGNATURE |
| | U.S. Drug Enforcement Admin. |
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY |
| | TELEPHONE# 213-894-2650 |

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| | |
|---|---|
| DATE | SIGNATURE |
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY |
| | TELEPHONE# |

CASE NO. CR 87-422(B)-ER
United States of America vs. Rafael Caro-Quintero et al.

The following Plaintiff Exhibits have been placed in evidence with the court but are in custody of the Drug Enforcement Administration:

-35a, 35b, 36a, 36b, 36c, 37, 38, 39

-40, 41, 42, 43, 44, 45, 46, 47, 48, 49

-64, 65, 66, 67, 68, 69

-70, 71, 72, 73, 74, 75, 76, 77, 78, 79

-80, 81, 82, 83, 84, 85, 86, 87a, 87b, 87c, 87d, 87e, 87f, 87g, 89 (219, 220, 221, 222 guns) from La Quinta

## LIST OF EXHIBITS AND WITNESSES
### Continued

Case No. CR87-422(B)ER  Title USA -v- Rafael Quintero, et al.

| Plf-Libelnt | | | Dft-Respdt | | | EXHIBITS | WITNESSES | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | id. | ev. | Ex. No. | id. | ev. | | | |
| | | | | | | AUG 26 1988 | AUG 26 1988 | |
| | | | | | | | Laura Calado | Quintero |
| | | | H | 8/26 | | Cédula De Oficio #890473 H | | Quintero |
| | | | | | | AUG 30 1988 | AUG 30 1988 AUG 30 1988 | |
| | | | | | | | Robert Bellegrin (resumes stand) | Blts |
| | | | I | 8/30 | | Transcript of recorded interview of Robert Bellegrin | | Quintero |
| | | | J | 8/30 | | Complaint dtd 3/28/85 People-v-Robert Bellegrin | | Quintero |
| | | | K | 8/6 | 9/5 | Large Photo of Warren Lotts | | Quintero |
| | | | L | 8/30 | | 2 pg. list of names by Robert Bellegrin | | Quintero |
| | | | | | | AUG 31 1988 | AUG 31 1988   AUG 31 1988   AUG 31 1988 | |
| | | | | | | | Manuel Caldera (resumes stand) | Blts |
| | | | SEP 1 | 1988 | | SEP 1 1988 | SEP 1 1988  SEP 1 1988 | |
| | | | | | | | Manuel Caldera (resumes stand) | Blts |
| | | | SEP 2 | 1988 | | SEP 2 1988 | SEP 2 1988  SEP 2 1988 | |
| | | | | | | | Manuel Caldera (resumes stand) | Blts |
| | | | M | 9/1 | | Large Photo of ~~Lotts~~ Commandate Ventura | | |
| | | | SEP 6 | 1988 | | SEP 6 1988 | SEP 6 1988  SEP 6 1988 | |
| | | | | | | | (resumes stand) | |
| | | | | | | | William Waters | Blts |
| 230 | 9/6 | 9/6 | | | | Photograph of $15,000.00 | | |
| 229 | 9/6 | 9/6 | | | | Photograph of Trunk compartment of Fairmont | | |
| 231 | 9/6 | 9/6 | | | | Photograph of agent & money | | |
| | | | | | | | Arturo De La Torre (resumes stand) | Blts |
| | | | N | 9/6 | 9/6 | 1984 tax return of De La Torre | | Quintero |

CR76 (12/76)

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

_____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

_____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

_____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

## LIST OF EXHIBITS AND WITNESSES
### Continued

Case No. CR 87-422 (B.R.)  Title: USA -v- Rafael Quintero, et al.

| Plf-Libelnt Ex. No. | id. | ev. | Dft-Respdt Ex. No. | id. | ev. | EXHIBITS | WITNESSES | Called by |
|---|---|---|---|---|---|---|---|---|
| | | | | SEP 6 1988 | | | SEP 6 1988 / SEP 6 1988 | |
| | | | O | 9/6 | 9/6 | Series of handwritten notes | | Gutierrez |
| | | | P | 9/6 | 9/6 | Certificate of Baptism | | Gutierrez |
| | | | Q | 9/6 | | Translation of letter from Adnar Vega | | Gutierrez |
| | | | R | 9/6 | | Copy of RG Sales | | Gutierrez |
| | | | S | 9/6 | | Photo album | | Gutierrez |
| | | | T | 9/6 | | Photo album | | Gutierrez |
| | | | | SEP 7 1988 | | | SEP 7 1988 / SEP 7 1988 | |
| | | | | | | | Arturo De La Torre | |
| | | | U | 9/7 | 9/7 | Exparte applic. for cont. of R35(b) mot | | Gutierrez |
| | | | V | 9/7 | 9/7 | Business Card for Calif. Holden Limo Serv | | Gutierrez |
| | | | W1-7 | 9/7 | | Mexican Magazines in Spanish | | Lopez |
| | | | X | 9/7 | | | | Lopez |
| | | | Y | 9/7 | 9/7 | Article in Spanish | | Lopez |
| 227A | 9/7 | 9/7 | | | | A Forensic medical report dtd 3/7/85 (in Spanish) | | |
| 227B | 9/7 | 9/7 | | | | A Forensic Med Rept dtd 3/7/85 in (English) | | |
| 118 | 9/7 | 9/7 | | | | Declar. of Interpreter | | |
| | | | | SEP 8 1988 | | | SEP 8 1988 / SEP 8 1988 | |
| | | | | | | | S/A K. Kuykendall (resumes stand) | Lopez |
| | | | | | | | S/A David Robert Wilson | Gutierrez |
| | | | | | | | Burt Snow | Gutierrez |
| | | | Z1-9 | 9/8 | 9/8 | Various Photographs | | |
| | | | AA | 9/8 | 9/8 | Drawing of Exhbt Z-9 | | |
| | | | | | | | Carlos Felix Gutierrez | Gutierrez |
| 236 | 9/8 | 9/8 | | | | Note dtd 5/27/86 in Spanish | | |

CR76 (12/76)

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

## EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

## LIST OF EXHIBITS AND WITNESSES
Continued

Case No. CR87-422(B) Title USA -v- Rafael Quintero, et al.

| Plf-Libelnt Ex. No. | id. | ev. | Dft-Respdt Ex. No. | id. | ev. | EXHIBITS / WITNESSES | Called by |
|---|---|---|---|---|---|---|---|
| 237 | 9/8 | 9/8 | | | | Note dtd 5/6/86 in Spanish | |
| 233 | 9/8 | 9/8 | | | | Photograph | |
| 234 | 9/8 | 9/8 | | | | Photograph | |
| 235 | 9/8 | 9/8 | | | | Photograph | |
| 236 | 9/8 | 9/8 | | | | Note dtd 5/21/86 | |
| | | | | | | Carlos Felix (resumes stand) | |
| | | | BB | 9/9 | 9/9 | Note dtd — for Carlos Felix | |
| 232 | 9/9 | 9/9 | | | | Business Card | |
| | | | | | | S/A Joseph Gonzalez | Gutierrez |
| | | | | | | S/A William Waters | Gutierrez |
| | | | | | | Miguel Flores Perez | Gutierrez |
| | | | CC | 9/9 | 9/15 | Copy of Passport of Dr. Ayala | Gutierrez |
| | | | DD | 9/9 | | Xerox copy of photograph | Gutierrez |
| | | | X1-2 | 9/9 | 9/15 | Stipulation | |
| | | | X3-1 | 9/9 | 9/15 | Stipulation re 10/15/85 Correction | |
| | | | | 9/14/88 | 9/14/88 | 9/14/88 9/14/88 | |
| | | | | | | Alex LaBlame | Gutierrez |
| | | | | | | S/A Joseph Gonzalez (resumes std) | " |
| | | | EE | 9/14 | 9/15 | Large blow up of Donald Inguerriez | Gutierrez |
| | | | BB-1 | 9/14 | 9/14 | Note in english from Carlos Gutierrez | Gutierrez |
| 238 | 9/14 | 9/14 | | | | Doorway from bthrm in room 208 | atty |
| 239 | 9/14 | 9/14 | | | | Close-up of front | atty |
| 240 | 9/14 | 9/14 | | | | Close-up of front in larger area | atty |
| 241 | 9/14 | 9/14 | | | | Picture of crack ttle | atty |

CR76 (12/76)

### EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verfication prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

### EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verfication prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

### EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verfication prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

## LIST OF EXHIBITS AND WITNESSES
### Continued

Case No. CR87-422(b)-ER    Title: USA -v- Rafael Quintero, et al.

| Plf-Libelnt | | | Dft-Respdt | | | EXHIBITS | WITNESSES | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | id. | ev. | Ex. No. | id. | ev. | | | |
| 242 | 9/14 | 9/14 | | | | Photograph | | |
| 243 | 9/14 | 9/14 | | | | Photograph | | |
| 244 | 9/14 | 9/14 | | | | Photograph | | |
| | | | FF | 9/14 | 9/14 | Telefonos de Mexico (in spanish) | | |
| 245 | 9/14 | 9/14 | | | | Photograph | | |
| 246 | 9/14 | 9/14 | | | | Photograph | | |
| | | | | SEP 15 1988 | | SEP 15 1988 | SEP 15 1988   SEP 15 1988 | |
| | | | 1321 | 9/15 | 9/15 | Stip between the parties | | Govt |

CR76 (12/76)

### EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

_____          _____
DATE                          SIGNATURE

_____          _____
IDENTIFICATION #              COMPANY/GOVERNMENT AGENCY
(GOVERNMENT CARD # OR
 DRIVERS LICENSE #)           TELEPHONE#_____

---

### EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

_____          _____
DATE                          SIGNATURE

_____          _____
IDENTIFICATION #              COMPANY/GOVERNMENT AGENCY
(GOVERNMENT CARD # OR
 DRIVERS LICENSE #)           TELEPHONE#_____

---

### EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verification prior to release.

_____          _____
DATE                          SIGNATURE

_____          _____
IDENTIFICATION #              COMPANY/GOVERNMENT AGENCY
(GOVERNMENT CARD # OR
 DRIVERS LICENSE #)           TELEPHONE#_____