

# United States
# District Court
### Central District of California
#### OFFICE OF THE CLERK

Leonard A. Brosnan

Date___2/28/94_____

Cathy A. Catterson, Clerk
U.S. Court of Appeals
   for the Ninth Circuit
P. O. Box 547
San Francisco, CA  94101

District Court Case Number____CR 87-422ER_____

Court of Appeals Case Number_91-50333,91-50342,90-50000,93-50311, 91-50336

Case Title_United States of America v. Juan Jose Bernabe-Ramirez_____

Enclosed is the original Reporter's Transcript for the appeal in the above-entitled case.  The following transcripts are being transmitted:

| **Volume No.** | **Date of Proceedings** | **Court Reporter** |
|---|---|---|
| 24 | See Attachment | |

R E C E I V E D
CATHY A CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR - 2 1994

FILED _____  _____
DOCKETED _____
                        DATE          INITIAL

Please acknowledge receipt of the enclosed transcripts by signing, dating and returning the attached copy of this letter.

Very truly yours,

LEONARD A. BROSNAN, CLERK

By_____Dorothy Duke_____
              Deputy Clerk

Signature_____

Date Received_____

A-22 (04/90)     **TRANSMITTAL LETTER RE REPORTER'S TRANSCRIPTS**

FILED

DEC 8 1992

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPU

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
- - -
HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING
- - -

UNITED STATES OF AMERICA,

     PLAINTIFF,

VS.

RAFAEL CARO-QUINTERO
RUBEN ZUNO-ARCE,
HUMBERTO ALVAREZ-MACHAIN,
    DEFENDANTS.

CR 87-422(G)-ER

ORIGINAL

PARTIAL TRANSCRIPT OF TESTIMONY
OCTOBER 19, 1992
LOS ANGELES, CALIFORNIA

RICHARD A. FISCHER
OFFICIAL COURT REPORTER
436 U.S. COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA  90012
213-626-2625

93-50311

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

FILED

JUL 7 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

- - - - -

UNITED STATES OF AMERICA,       )
                                )
            PLAINTIFF,          )
                                )
        VS.                     )    CASE NO. CR-87-422-ER
                                )
RAFAEL CARO-QUINTERO, ET AL.,   )
                                )    ORIGINAL
            DEFENDANTS.         )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 30, 1992

MARY TUCKER, CSR 9308
OFFICIAL COURT REPORTER
429-D U.S. COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIF. 90012
213/687-0530

647

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

FILED
JUN 8 1993
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4    – – – – –

5

6    UNITED STATES OF AMERICA,            )
                                          )
7                     Plaintiff,          )
                                          )
8         vs.                             )    Case No. CR-87-422-ER
                                          )
9    RAFAEL CARO-QUINTERO, et al.,        )    ORIGINAL
                                          )
10                    Defendants.         )
     _____)

11

12

13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               LOS ANGELES, CALIFORNIA

17             MONDAY, DECEMBER 7, 1992

18

19

20

21

22           MARY TUCKER, CSR 9308
             Official Court Reporter
23           429-D U.S. Courthouse
             312 North Spring Street
24           Los Angeles, Calif. 90012
                 213/687-0530
25

FILED
1010

MAY 25 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1          UNITED STATES OF AMERICA

2          CENTRAL DISTRICT OF CALIFORNIA

3          THE HON. EDWARD RAFEEDIE, JUDGE PRESIDING

4   THE UNITED STATES OF AMERICA, )          90-50459
                                  )
5               Plaintiff,        )
                                  )
6          vs.                    )     NO. CR-87-422-(G)-ER
                                  )
7   RAFAEL CARO-QUINTERO,         )
       RUBEN ZUNO-ARCE,           )
8      HUMBERTO ALVAREZ-MACHAIN,  )
                                  )
9               Defendants.       )
    _____)

10

11          REPORTER'S TRANSCRIPT OF PROCEEDINGS
                  December 9, 1992
12                AFTERNOON SESSION

13

    APPEARANCES:
14

15  FOR THE PLAINTIFF:          United States Attorney
                                BY:  JOHN CARLTON, Asst.
                                     MANUEL MEDRANO, Asst.
16                              U.S. Courthouse, Room 1443
                                312 N. Spring Street
17                              Los Angeles, California  90012
                                (213) 894-0619
18

19  FOR DEFENDANT ZUNO-ARCE:    EDWARD MEDVENE
                                JAMES BLANCARTE
                                MARY FULGINITI
20                              Los Angeles, California  90067
                                (310) 201-3545
21

22  FOR DEFENDANT MACHAIN:      ALAN RUBIN
                                Los Angeles, California 90064
                                (310) 473-6447
23

24                              LUCILLE M. LITSHEIM, CSR 2409
    ORIGINAL                    Official Federal Reporter
25                              (213) 894-6613

FILED

1498

MAY 25 1993

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ PB _____ DEPUTY

90-50459

1    UNITED STATES OF AMERICA

2    CENTRAL DISTRICT OF CALIFORNIA

3    THE HON. EDWARD RAFEEDIE, JUDGE PRESIDING

4    THE UNITED STATES OF AMERICA, )
                                    )
5              Plaintiff,           )
                                    )
6         vs.                       )    NO. CR-87-422-(G)-ER
                                    )
7    RAFAEL CARO-QUINTERO,          )
        RUBEN ZUNO-ARCE,            )
8       HUMBERTO ALVAREZ-MACHAIN,   )
                                    )
9              Defendants.          )
     _____)

10

11           REPORTER'S TRANSCRIPT OF PROCEEDINGS
                    December 15, 1992
12                  AFTERNOON SESSION

13

14   APPEARANCES:

15   FOR THE PLAINTIFF:          United States Attorney
                                 BY:  JOHN CARLTON, Asst.
16                                    MANUEL MEDRANO, Asst.
                                 U.S. Courthouse, Room 1443
17                               312 N. Spring Street
                                 Los Angeles, California  90012
18                               (213) 894-0619

19   FOR DEFENDANT ZUNO-ARCE:    EDWARD MEDVENE
                                 JAMES BLANCARTE
20                               MARY FULGINITI
                                 Los Angeles, California  90067
21                               (310) 201-3545

22   FOR DEFENDANT MACHAIN:      ALAN RUBIN
                                 Los Angeles, California 90064
23                               (310) 473-6447

24   ORIGINAL                    LUCILLE M. LITSHEIM, CSR 2409
                                 Official Federal Reporter
25                               (213) 894-6613

```
FILED                    1259
MAY 25 1993
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

90-50459
```

1   UNITED STATES OF AMERICA

2   CENTRAL DISTRICT OF CALIFORNIA

3   THE HON. EDWARD RAFEEDIE, JUDGE PRESIDING

4   THE UNITED STATES OF AMERICA,   )
                                    )
5                      Plaintiff,   )
                                    )
6                      vs.          )   NO. CR-87-422-(G)-ER
                                    )
7   RAFAEL CARO-QUINTERO,           )
       RUBEN ZUNO-ARCE,             )
8      HUMBERTO ALVAREZ-MACHAIN,    )
                                    )
9                      Defendants.  )
    _____)

10

11              REPORTER'S TRANSCRIPT OF PROCEEDINGS
                        December 14, 1992
12

13

14  APPEARANCES:

15  FOR THE PLAINTIFF:          United States Attorney
                                BY:  JOHN CARLTON, Asst.
16                                   MANUEL MEDRANO, Asst.
                                U.S. Courthouse, Room 1443
17                              312 N. Spring Street
                                Los Angeles, California  90012
18                              (213) 894-0619

19  FOR DEFENDANT ZUNO-ARCE:    EDWARD MEDVENE
                                JAMES BLANCARTE
20                              MARY FULGINITI
                                Los Angeles, California  90067
21                              (310) 201-3545

22  FOR DEFENDANT MACHAIN:      ALAN RUBIN
                                Los Angeles, California 90064
23                              (310) 473-6447

24  ORIGINAL                    LUCILLE M. LITSHEIM, CSR 2409
                                Official Federal Reporter
25                              (213) 894-6613

1102

FILED

MAY 25 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP

90-50459

1    UNITED STATES OF AMERICA

2    CENTRAL DISTRICT OF CALIFORNIA

3    THE HON. EDWARD RAFEEDIE, JUDGE PRESIDING

4    THE UNITED STATES OF AMERICA,    )
                                      )
5         Plaintiff,                  )
                                      )
6         vs.                         )    NO. CR-87-422-(G)-ER
                                      )
7    RAFAEL CARO-QUINTERO,            )
        RUBEN ZUNO-ARCE,              )
8       HUMBERTO ALVAREZ-MACHAIN,     )
                                      )
9         Defendants.                 )
     ─────────────────────────────────

10

11              REPORTER'S TRANSCRIPT OF PROCEEDINGS
                         December 10, 1992
12

13   APPEARANCES:

14   FOR THE PLAINTIFF:           United States Attorney
                                  BY:  JOHN CARLTON, Asst.
15                                     MANUEL MEDRANO, Asst.
                                  U.S. Courthouse, Room 1443
16                                312 N. Spring Street
                                  Los Angeles, California  90012
17                                (213) 894-0619

18   FOR DEFENDANT ZUNO-ARCE:     EDWARD MEDVENE
                                  JAMES BLANCARTE
19                                MARY FULGINITI
                                  Los Angeles, California  90067
20                                (310) 201-3545

21   FOR DEFENDANT MACHAIN:       ALAN RUBIN
                                  Los Angeles, California 90064
22                                (310) 473-6447

23

24   ORIGINAL                     LUCILLE M. LITSHEIM, CSR 2409
                                  Official Federal Reporter
25                                (213) 894-6613

90-50459

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

FILED

JUN 17 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

— — — — —

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      vs.                       )   Case No. CR-87-422-ER
                                )
RAFAEL CARO-QUINTERO, et al.,   )
                                )   ORIGINAL
            Defendants.         )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, FEBRUARY 8, 1993

MARY TUCKER, CSR 9308
Official Court Reporter
429-D U.S. Courthouse
312 North Spring Street
Los Angeles, Calif. 90012
213/687-0530

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

FILED

JUN 18 1993

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

- - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-87-422-ER |
| ) | |
| RAFAEL CARO-QUINTERO, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

WEDNESDAY, DECEMBER 16, 1992

MARY TUCKER, CSR 9308
Official Court Reporter
429-D U.S. Courthouse
312 North Spring Street
Los Angeles, Calif. 90012
213/687-0530

FILED

JUL 28 1993 6

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
- - -
HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING
- - -

_____

U.S.A.

PLAINTIFF,

VS.                                          CR 87-422(G)-ER

RAFAEL CARO-QUINTERO,
RUBEN ZUNO-ARCE,
HUMBERTO ALVAREZ-MACHAIN,
            DEFENDANTS.

ORIGINAL

_____

TRANSCRIPT OF PROCEEDINGS
OCTOBER 19, 1992
LOS ANGELES, CALIFORNIA

RICHARD A. FISCHER
OFFICIAL COURT REPORTER
436 U.S. COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA  90012
213-626-2625

FILED 1689

JAN 18 1993

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

- - - - -

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
         vs.                   )    Case No. CR-87-422-ER
                               )
RAFAEL CARO-QUINTERO, et al.,  )    **ORIGINAL**
                               )
              Defendants.      )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, DECEMBER 21, 1992

MARY TUCKER, CSR 9308
Official Court Reporter
429-D U.S. Courthouse
312 North Spring Street
Los Angeles, Calif. 90012
213/687-0530

93-50311

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

FILED

Jan 18 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4                        – – – – –

5

6

7

8    UNITED STATES OF AMERICA,        )
                                      )
9                     PLAINTIFF,      )
                                      )
10        VS.                         )    CASE NO. CR-87-422-ER
                                      )
11   RAFAEL CARO-QUINTERO,            )
     RUBEN ZUNO-ARCE,                 )    ORIGINAL
12   HUMBERTO ALVAREZ-MACHAIN,        )
                                      )
13                    DEFENDANTS.     )
     _____)
14

15

16

17              REPORTER'S TRANSCRIPT OF PROCEEDINGS

18                   LOS ANGELES, CALIFORNIA

19                  MONDAY, SEPTEMBER 14, 1992

20

21

22                 MARY TUCKER, CSR 9308
                 OFFICIAL COURT REPORTER
23               429-D U.S. COURTHOUSE
                 312 NORTH SPRING STREET
24               LOS ANGELES, CALIF. 90012
                     213/687-0530
25

424

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

FILED

Jun 18 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

- - - - -

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )
                               )
     vs.                       )   Case No. CR-87-422-ER
                               )
RAFAEL CARO-QUINTERO, et al.,  )
                               )
             Defendants.       )
_____)

ORIGINAL

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

FRIDAY, DECEMBER 4, 1992

MARY TUCKER, CSR 9308
Official Court Reporter
429-D U.S. Courthouse
312 North Spring Street
Los Angeles, Calif. 90012
213/687-0530

805

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

* * * * *

FILED

JUN 18 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
        vs.                        )    Case No. CR-87-422-ER
                                   )
RAFAEL CARO-QUINTERO, et al.,      )    ORIGINAL
                                   )
                Defendants.        )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

THURSDAY, DECEMBER 8, 1992

MARY TUCKER, CSR 9308
Official Court Reporter
429-D U.S. Courthouse
312 North Spring Street
Los Angeles, Calif. 90012
213/687-0530

91-50333

FILED

FEB 22 1994

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

_ _ _ _ _

UNITED STATES OF AMERICA,       )
                                )
              PLAINTIFF,        )
                                )       **ORIGINAL**
       VS.                      )       CASE NO. CR-87-422-ER
                                )
JUAN JOSE BERNABE-RAMIREZ,      )       ORIGINAL
                                )
              DEFENDANT.        )
                                )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

**TUESDAY, MAY 21, 1991**

MARY TUCKER, CSR 9308
OFFICIAL COURT REPORTER
429-D U.S. COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIF. 90012
213/687-0530

93-50311

FILED

Jun 18 1993

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

4              - - - - - -

5

6    UNITED STATES OF AMERICA,        )
                                      )
7              Plaintiff,             )
                                      )
8         vs.                         )    Case No. CR-87-422-ER
                                      )
9    RAFAEL CARO-QUINTERO, et al.,    )    ORIGINAL
                                      )
10             Defendants.            )
     _____)

11

12

13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16            LOS ANGELES, CALIFORNIA

17            MONDAY, MARCH 1, 1993

18

19

20

21

22         MARY TUCKER, CSR 9308
           Official Court Reporter
23         429-D U.S. Courthouse
           312 North Spring Street
24         Los Angeles, Calif. 90012
              213/687-0530

25

93-50311

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

FILED

Jun 18 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

4    — — — — —

5

6    UNITED STATES OF AMERICA,      )
                                    )
7              Plaintiff,           )
                                    )
8        vs.                        )    Case No. CR-87-422-ER
                                    )
9    RAFAEL CARO-QUINTERO, et al.,  )
                                    )    ORIGINAL
10             Defendants.          )
     ───────────────────────────────)

11

12

13

14

15    REPORTER'S TRANSCRIPT OF PROCEEDINGS

16    LOS ANGELES, CALIFORNIA

17    WEDNESDAY, MARCH 24, 1993

18

19

20

21

22    MARY TUCKER, CSR 9308
      Official Court Reporter
23    429-D U.S. Courthouse
      312 North Spring Street
24    Los Angeles, Calif. 90012
      213/687-0530

25

93-5031

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

FILED
Jan 18 1993
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

- - - - -

UNITED STATES OF AMERICA,      )
                               )
            PLAINTIFF,         )
                               )
     VS.                       )      CASE NO. CR-87-422-ER
                               )
RAFAEL CARO-QUINTERO, ET AL.,  )      ORIGINAL
                               )
            DEFENDANTS.        )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, SEPTEMBER 28, 1993

MARY TUCKER, CSR 9308
OFFICIAL COURT REPORTER
429-D U.S. COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIF. 90012
213/687-0530

93-5031

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

FILED

JUN 1 8 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

– – – – – –

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      vs.                      )      Case No. CR-87-422-ER
                               )
RAFAEL CARO-QUINTERO, et al.,  )
                               )      ORIGINAL
            Defendants.        )
_____  )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

WEDNESDAY, DECEMBER 2, 1992

MARY TUCKER, CSR 9308
Official Court Reporter
429-D U.S. Courthouse
312 North Spring Street
Los Angeles, Calif. 90012
213/687-0530

FILED
Jun 18 1993
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1       UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA

3   HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

4          — — — — —

5

6   UNITED STATES OF AMERICA,      )
                                   )
7           PLAINTIFF,             )
                                   )
8       VS.                        )   CASE NO. CR-87-422-ER
                                   )
9   RAFAEL CARO-QUINTERO, ET AL.,  )
                                   )      ORIGINAL
10          DEFENDANTS.            )
    _____   )

11

12

13      REPORTER'S TRANSCRIPT OF PROCEEDINGS

14          LOS ANGELES, CALIFORNIA

15         MONDAY, NOVEMBER 23, 1992

16

17

18

19

20

21

22          MARY TUCKER, CSR 9308
            OFFICIAL COURT REPORTER
23          429-D U.S. COURTHOUSE
            312 NORTH SPRING STREET
24          LOS ANGELES, CALIF. 90012
            213/687-0530

25

1416

1       UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3     HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

4                 —   —   —   —   —

5

6   UNITED STATES OF AMERICA,        )
                                     )
7              Plaintiff,            )
                                     )
8        vs.                         )    Case No. CR-87-422-ER
                                     )
9   RAFAEL CARO-QUINTERO, et al.,    )
                                     )    ORIGINAL
10             Defendants.           )
    _____)

11

12

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            LOS ANGELES, CALIFORNIA

15         TUESDAY, DECEMBER 15, 1992

16

17

18

19

20

21

22

23            MARY TUCKER, CSR 9308
              Official Court Reporter
              429-D U.S. Courthouse
24            312 North Spring Street
              Los Angeles, Calif. 90012
25               213/687-0530

1                 UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3         HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

**FILED**

Jun 18 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4                    - - - - -

5

6   UNITED STATES OF AMERICA,     )

7              Plaintiff,  )

8         vs.           )   Case No. CR-87-422-ER

9   RAFAEL CARO-QUINTERO, et al., )

10          Defendants.  )

**ORIGINAL**

11

12

13

14

15      REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS

16            LOS ANGELES, CALIFORNIA

17          WEDNESDAY, DECEMBER 2, 1992

18

19

20

21

22           MARY TUCKER, CSR 9308

23          Official Court Reporter
           429-D U.S. Courthouse

24         312 North Spring Street
         Los Angeles, Calif. 90012

25          213/687-0530

206

1      UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA

3      HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

4      - - - - -

5

6   UNITED STATES OF AMERICA,        )
                                     )
7            Plaintiff,              )
                                     )
8        vs.                         )   Case No. CR-87-422-ER
                                     )
9   RAFAEL CARO-QUINTERO, et al.,    )
                                     )   ORIGINAL
10           Defendants.             )
    _____    )

11

12

13

14

15      REPORTER'S TRANSCRIPT OF PROCEEDINGS

16      LOS ANGELES, CALIFORNIA

17      THURSDAY, DECEMBER 3, 1992

18

19

20

21

22      MARY TUCKER, CSR 9308
        Official Court Reporter
23      429-D U.S. Courthouse
        312 North Spring Street
24      Los Angeles, Calif. 90012
        213/687-0530

25

FILED
Jun 18 1993
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

940

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

FILED

Jun 18 1993

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

- - - - -

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      vs.                      )    Case No. CR-87-422-ER
                               )
RAFAEL CARO-QUINTERO, et al.,  )    ORIGINAL
                               )
            Defendants.        )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

WEDNESDAY, DECEMBER 9, 1992

MARY TUCKER, CSR 9308
Official Court Reporter
429-D U.S. Courthouse
312 North Spring Street
Los Angeles, Calif. 90012
213/687-0530