NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
GREGORY W. STAPLES (Cal. Bar No. 155505)
Assistant United States Attorney
Santa Ana Branch Office
JOANNA M. CURTIS (Cal. Bar No. 203151)
Assistant United States Attorney
Violent and Organized Crime Section
ADAM P. SCHLEIFER (Cal. Bar No. 313818)
Assistant United States Attorney
General Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (714) 338-3535/(213) 894-0298/2686
     Facsimile: (714) 338-3561/(213) 894-3713/0141
     E-mail:    gregory.staples@usdoj.gov
                joanna.curtis@usdoj.gov
                adam.schleifer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 87-422-JAK-3,17 |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| RAFAEL CARO QUINTERO, et al., | |
| Defendants. | |

Pursuant to the Court's Orders of January 4 and January 29, 2018 (CR 4276, 4290), the parties hereby file this Joint Status Report stating their "respective positions as to whether the proceedings related to the motions affect counsel's ability to proceed to trial before April 25, 2018." (CR 4276.)

The parties conferred by e-mail on February 27, 2018; their respective positions are as follows.

**I. Government's Position**

1. As this Court has found and ruled in prior orders in this case, "the age, facts, and complexity of this case" are among the "factors resulting from the passage of time" that rendered enlargement of time under the Speedy Trial Act appropriate in this case. See 18 U.S.C. § 3161(e); (see also, e.g., CR 4208, 4209, 4275.)

2. Consistent with the Court's Order of February 7, 2018 (CR 4297), grand jury transcripts have been produced to defendants.

3. The defendants are in possession of a proposed stipulation for, and order concerning, the production and use of confidential and other sensitive discovery. The government expects that these documents (or an ex parte proposed order concerning the same) will be filed by March 9, 2018.

4. The March 1, 2018 filing of defendants' motion(s) to dismiss the indictment — through the disposition of the same — will provide an additional basis for delay under the Speedy Trial Act. § 3161(h)(1)(D).

5. The government is expeditiously working to review, digitize, and produce additional discovery in this case, which process has presented logistical and other challenges that have been remarkable relative to the mine run of cases. The government therefore anticipates that the ends of justice will be served by further continuances pursuant to the Speedy Trial Act. See, e.g., § 3161(h)(7)(A).

**II. Defendants' Position**

1. While defendants do not waive any Speedy Trial claims based on prior continuances, they recognize that April 25, 2018 is not

currently a realistic trial date. At this time, defendants have received minimal discovery from the government, consisting of transcripts of previous trials and DNA testing results performed recently. That evidence excludes defendant Matta-Ballesteros and is inconclusive as to Defendant Verdugo. However, based on defense investigation to date, and what the government has represented it will produce in the near future, the defendants believe they will require additional time to prepare for trial in this matter.

Dated: February 27, 2018  Respectfully submitted,

NICCOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


/s/ *APS*
GREGORY W. STAPLES
JOANNA M. CURTIS
ADAM P. SCHLEIFER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 27, 2018

/s/ by email authorization

JOHN C. LEMON

Attorney for Defendant
RENE MARTIN VERDUGO-URQUIDEZ

Dated: February 27, 2018   /s/ by email authorization

MARK WINDSOR

Attorney for Defendant
JUAN RAMON MATTA-BALLESTEROS

3