```
 1  STEPHANIE S. CHRISTENSEN
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    J. MARK CHILDS (Cal. Bar No. 162684)
 4  JOHN J. LULEJIAN (Cal. Bar No. 186783)
    Assistant United States Attorney
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0721
 7       Facsimile: (213) 894-0142
         E-mail:    john.lulejian@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:87-cr-00422-JAK |
|---|---|
| Plaintiff, | UNITED STATES' *EX PARTE* APPLICATION TO UNSEAL ARREST WARRANT; DECLARATION OF JOHN J. LULEJIAN; [Proposed] ORDER |
| v. | |
| RAFAEL CARO-QUINTERO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys J. Mark Childs and John J. Lulejian, hereby files its Ex Parte Application to Unseal Arrest Warrant.

This ex parte application is based upon the attached Declaration of John J. Lulejian.

Dated: July 22, 2022				Respectfully submitted,

						STEPHANIE S. CHRISTENSEN
						Acting United States Attorney

						SCOTT M. GARRINGER
						Assistant United States Attorney
						Chief, Criminal Division

						/s/ John J. Lulejian
						J. MARK CHILDS
						JOHN J. LULEJIAN
						Assistant United States Attorneys

						Attorneys for Plaintiff
						UNITED STATES OF AMERICA

2

**DECLARATION OF JOHN J. LULEJIAN**

I, John J. Lulejian, declare as follows:

1. I am an Assistant United States Attorney and am one of the attorneys representing the United States in United States v. Rafael Caro-Quintero, Case No. 2:87-cv-00422-JAK. I make this declaration in support of the United States' Ex Parte Application to Unseal Arrest Warrant.

2. According to the Court's document management system, on May 13, 1987, a federal grand jury sitting in Los Angeles, California, returned an indictment in the above-captioned case. On that same date, the Honorable Venetta S. Tassopulos, then United States Magistrate for the Central District of California authorized the issuance of an arrest warrant for defendant RAFAEL CARO-QUINTERO (Docket No. 2518). Although the Seventh Superseding Indictment is the operative charging instrument in this case, the 1987 warrant for RAFAEL CARO-QUINTERO's arrest still is valid. That arrest warrant remains under seal.

3. I am informed and believe that on or about July 15, 2022, Mexican authorities arrested RAFAEL CARO-QUINTERO in Sinaloa, Mexico, and that he is currently in custody in a Mexican prison.

4. The United States intends to extradite defendant RAFAEL CARO-QUINTERO to stand trial in this District on the charges alleged in the Seventh Superseding Indictment. Therefore, the United States respectfully requests that the Court unseal defendant RAFAEL CARO-QUINTERO's arrest warrant so that the United States may provide the arrest warrant to Mexico as part of its request for extradition.

\\
\\

5. Further, because defendant RAFAEL CARO-QUINTERO is in custody, there no longer is a reason for this document to remain under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of July, 2022, at Los Angeles, California.

*/s/ John J. Lulejian*
JOHN J. LULEJIAN

2