STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0142
     E-mail:   john.lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:87-cr-00422-JAK |
|---|---|
| Plaintiff, | [Proposed] ORDER |
| v. | |
| RAFAEL CARO-QUINTERO, | |
| Defendant. | |

For good cause shown and upon the United States' Ex Parte Application to Unseal Arrest Warrant, IT IS HEREBY ORDERED that the arrest warrant for defendant RAFAEL CARO-QUINTERO (Docket No. 2518) in this case SHALL BE UNSEALED.

_____         _____
Date                           HONORABLE JOHN A. KRONSTADT
                               UNITED STATES DISTRICT JUDGE

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney