UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. LA CR87-00422 JAK-1 |
|---|---|
| Plaintiff, | ORDER RE UNITED STATES' *EX PARTE* APPLICATION TO UNSEAL ARREST WARRANT (DKT. 4472) |
| v. | |
| RAFAEL CARO-QUINTERO, | |
| Defendant. | |

Based on a review of the Government's *Ex Parte* Application to Unseal Arrest Warrant (the "Application" (Dkt. 4472)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Application is **GRANTED**. The arrest warrant for Defendant RAFAEL CARO-QUINTERO (Docket No. 2518) in this case shall be unsealed.

**IT IS SO ORDERED.**

July 25, 2022
Date

John A. Kronstadt
United States District Judge