STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0142
     E-mail:    john.lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:87-cr-00422-JAK |
|---|---|
| Plaintiff, | UNITED STATES' *EX PARTE* APPLICATION TO UNSEAL DOCUMENTS; DECLARATION OF JOHN J. LULEJIAN; [Proposed] ORDER |
| v. | |
| RAFAEL CARO-QUINTERO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby files its Ex Parte Application to Unseal Documents.

This ex parte application is based upon the attached Declaration of John J. Lulejian.

Dated: July 26, 2022          Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JOHN J. LULEJIAN**

I, John J. Lulejian, declare as follows:

    1.   I am an Assistant United States Attorney and am one of the attorneys representing the United States in <u>United States v. Rafael Caro-Quintero</u>, Case No. 2:87-cv-00422-JAK. I make this declaration in support of the United States' <u>Ex Parte</u> Application to Unseal Documents.

    2.   On July 25, 2022, this Court granted the United States' <u>ex parte</u> application to unseal the May 13, 1987 warrant for the arrest of defendant RAFAEL CARO-QUINTERO (Docket No. 2518) in the above-captioned case. (<u>See</u> Docket No. 4473.)

    3.   On July 30, 1992, a grand jury in Los Angeles, California, returned the Seventh Superseding Indictment in the above-captioned case. Although the Seventh Superseding Indictment (Docket No. 1646) was used at the 1992 trial of co-defendants Ruben Zuno-Arce and Humberto Alveraz-Machain, the United States cannot find a written Order that unseals that charging instrument.

    4.   In addition, the United States has learned that on that same day the grand jury returned the Seventh Superseding Indictment, the Honorable Rupert J. Groh Jr., United States Magistrate Judge for the Central District of California, issued a bench warrant for defendant RAFAEL CARO-QUINTERO (Docket No. 2520). That bench warrant remains <u>under seal</u>.

    5.   I am informed and believe that on or about July 15, 2022, Mexican authorities arrested RAFAEL CARO-QUINTERO in Sinaloa, Mexico, and that he is currently in custody in a Mexican prison.

    6.   The United States intends to extradite defendant RAFAEL CARO-QUINTERO to stand trial in this District on the charges alleged

in the Seventh Superseding Indictment.  Therefore, the United States respectfully requests that the Court unseal the Seventh Superseding Indictment (Docket No. 1646) and defendant RAFAEL CARO-QUINTERO's 1992 bench warrant (Docket No. 2520) so that the United States may provide those documents Mexico as part of its request for extradition.

7. Further, because defendant RAFAEL CARO-QUINTERO is in custody, there no longer is a reason for this document to remain under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of July, 2022, at Los Angeles, California.

*/s/ John J. Lulejian*
JOHN J. LULEJIAN

2