STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0142
    E-mail:    john.lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:87-cr-00422-JAK |
|---|---|
| Plaintiff, | [Proposed] ORDER |
| v. | |
| RAFAEL CARO-QUINTERO, | |
| Defendant. | |

For good cause shown and upon the United States' Ex Parte Application to Unseal Documents, IT IS HEREBY ORDERED that the Seventh Superseding Indictment (Docket No. 1646) and the bench warrant for defendant RAFAEL CARO-QUINTERO (Docket No. 2520) in this case SHALL BE UNSEALED.

_____       _____
Date                       HONORABLE JOHN A. KRONSTADT
                           UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorneys